STATE v. MAHAN

No. 342P02

Case below: 150 N.C. App. 717

Motion by Attorney General for temporary stay denied 8 July 2002.

STATE v. MARTINEZ

No. 318P02

Case below: 150 N.C. App. 715

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretion review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. McCLAIN

No. 320P02

Case below: 150 N.C. App. 715

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. McMILLIAN

No. 123P02

Case below: 139 N.C. App. 452

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

STATE v. MILLER

No. 142P02

Case below: 149 N.C. App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.